■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP BROOKS, Appellant. [778 NYS2d 921]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered June 5, 2001, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his precise challenge to the legal sufficiency of the evidence (*see* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858, 859 [1987]).

Moreover, the defendant failed to preserve for appellate review his claim that the trial court erred in admitting certain hospital records into evidence during jury deliberations (*see* CPL 470.05 [2]).

The defendant's claim that he was deprived of the effective assistance of counsel is without merit (*see People v Henry,* 95 NY2d 563, 566 [2000]; *People v Baldi,* 54 NY2d 137, 147 [1981]; *People v Jackson,* 52 NY2d 1027, 1029 [1981]; *People v Longchamp,* 147 AD2d 659 [1989]; *People v Plaza,* 133 AD2d 857, 858 [1987]; *People v Shannon,* 92 AD2d 554, 555 [1983]). Smith, J.P., Krausman, Crane and Spolzino, JJ., concur.